UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| CLINTON BROOKS, JR. | * | CIVIL ACTION NO. 13-0326 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| FRANK G. KENNEDY AND FRANK G. KENNEDY LOGGING | * | MAG. JUDGE KAREN L. HAYES |

**ORDER**

On September 5, 2013, the court ordered the U.S. Marshal to effect service on Defendant Frank G. Kennedy.  (Sept. 5, 2013, Order [doc. # 13]).  On October 2, 2013, however, the Marshal returned the summons un-executed because she was unable to locate the Defendant either at the address provided by Plaintiff or via other available leads.  *See* doc. # 14.

To the extent necessary, the court advises Plaintiff that it is not a detective agency, and has no means of obtaining service on Defendant absent a valid address.  *Kiger v. Clairborne*, Civil Action No. 07-2086, 2009 WL 2222710 (W.D. La. July 24, 2009).  Accordingly, within the next 28 days from the date of this order, i.e., **by November 4, 2013**, Plaintiff shall provide the court with a current, valid service address for Defendant.  Plaintiff is cautioned that if he fails to so comply, then his complaint may be dismissed.  LR 41.3W; Fed.R.Civ.P. 4(m).

THUS DONE AND SIGNED in chambers, at Monroe, Louisiana, this 7th day of October 2013.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE