UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **CLINTON BROOKS, JR.** | * | **CIVIL ACTION NO. 13-0326** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **FRANK G. KENNEDY** | * | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant Frank G. Kennedy's Rule 12(b)(1) Motion to Dismiss [Doc. No. 21] is GRANTED, and this lawsuit is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Defendant's Motion to Declare Plaintiff a Vexatious Litigant [Doc. No. 24] is hereby DENIED.

MONROE, LOUISIANA, this 27th day of March, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE